IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-1250-12






MARK ALEXANDER FLEMING, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE SECOND COURT OF APPEALS


DENTON COUNTY





 Cochran, J., filed a concurring opinion.


 For the reasons set out in my concurring opinions in Celis v. State (1) and Farmer v.
State, (2) I believe that the Texas statutory mistake-of-fact defense already applies to the offense
of consensual statutory rape. Nonetheless, I recognize that this is not the current state of the
law in Texas, and therefore I reluctantly join the majority opinion.


Filed: June 18, 2014

Publish
1. 416 S.W.3d 419, 441-58 (Tex. Crim. App. 2013) (Cochran, J., concurring).
2. 411 S.W.3d 901, 908-18 (Tex. Crim. App. 2013) (Cochran, J., concurring).